IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21 CR 70 MR WCM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM JOSEPH CRAIG | ) | |
| | ) | |
| _____ | ) | |

This matter is before the Court on *ex parte pro se* letters from Defendant to the presiding District Judge and to the undersigned (Doc. 306), which the undersigned construes collectively as being a request for a detention hearing.

On August 20, 2021, Defendant waived an immediate detention hearing, a hearing on the Government's motion for detention was continued indefinitely for cause, and Defendant was ordered detained without bond pending further proceedings.

While Defendant retains his right to request a detention hearing, the Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived the right to counsel in the presence of a judicial officer after being fully advised of the consequences of such a waiver. See LCrR 47.1(g).

Defendant has been, and remains, represented by counsel in this matter. Accordingly, his *ex parte pro se* request for a detention hearing is **DENIED WITHOUT PREJUDICE**.

It is so ordered.

Signed: December 7, 2021

W. Carleton Metcalf
United States Magistrate Judge